UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LUIS ABRAHAM CUEVAS-HERNANDEZ,<br><br>Petitioner,<br><br>v.<br><br>BRUCE SCOTT et al.,<br><br>Respondents. | CASE NO. 2:26-cv-03030-JNW<br><br>ORDER |

Petitioner Luis Abraham Cuevas-Hernandez has moved for a temporary restraining order. Dkt. No. 2. Cuevas-Hernandez is a citizen of Mexico currently detained at the Northwest ICE Processing Center in Tacoma, Washington. Dkt. No. 1 at 3. Cuevas-Hernandez also filed a Petition for a Writ of Habeas Corpus, alleging that he a member of the Bond Denial Class certified in *Rodriguez-Vazquez v. Bostock*, No. 3:25-CV-05240-TMC (W.D. Wash. filed Mar. 20, 2025) and his detention without an individualized bond hearing is unlawful. Dkt. No. 1. Cuevas-Hernandez further alleges that Respondents have notified him that they intend to transfer him to Virginia at around 9:00 p.m., August 26, 2026. Dkt. No. 1 at 4.

Under these circumstances, Cuevas-Hernandez's transfer threatens to moot his pending habeas petition before the Court can act. The Court therefore invokes its authority to grant a TRO to preserve the Court's jurisdiction and to maintain the status quo. *See A.A.R.P. v. Trump*, 605 U.S. 91, 97 (2025) (Federal courts have "the power to issue injunctive relief to prevent irreparable harm to the applicants and to preserve [] jurisdiction over the matter.").

Accordingly, the Court orders as follows:

1. Petitioner's motion for a temporary restraining order, Dkt. No. 2, is GRANTED for the purpose of maintaining the status quo so that the Court may review the merits of the TRO motion after full briefing. The Court reserves ruling on all other aspects of the motion.
2. Respondents are PROHIBITED from removing Petitioner to any country or from the Northwest ICE Processing Center to any other detention facility during the pendency of these proceedings, without further order, unless necessary for medical evaluation, medical treatment, or release.
3. Respondents may file a response, if any, to Petitioner's TRO motion by 5:00 p.m. (PT) August 28, 2026. No reply is permitted.

Dated this 26th day of August, 2026.

Jamal N. Whitehead
United States District Judge